## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFFREY J. PRUST,

                Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

             Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-657-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered remanding this case to the Commissioner of Social Security pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

_6/6/12_
Date