IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFFREY J. PRUST,

        Plaintiff,    JUDGMENT IN A CIVIL CASE

v.    Case No. 11-cv-657-wmc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered remanding this case to the Commissioner of Social Security pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

_Peter Oppeneer_ (signature)    6/6/12
Peter Oppeneer, Clerk of Court    Date