IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFFREY PRUST,

            Plaintiff,            JUDGMENT IN A CIVIL CASE

v.                                        Case No. 11-cv-657-wmc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

            Defendant.

---

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Jeffrey Prust attorney fees and costs in the amount of $3,600.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

*Peter Oppeneer*                           10/4/12

Peter Oppeneer, Clerk of Court              Date