IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFFREY J. PRUST,

          Plaintiff,                      JUDGMENT IN A CIVIL CASE

v.                                          Case No. 11-cv-657-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

          Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Jeffrey J. Prust attorney fees in the amount of $9,999 under 42 U.S.C. § 406(b)(1).


_____          _8/27/13_____
Peter Oppeneer, Clerk of Court                    Date